**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas  JUDGE: **Barbara M. G. Lynn**  DATE: July 10, 2006

REPORTER: Sue Engledow  MARSHAL:  DEPUTY: Lori Greco

INTERPRETER:  CSO: John Williams  COURT TIME: **6 Hrs 15 Mins**

---

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 7:30 a.m. | 3:99-CV-100-M<br>USA, ex rel Susan Heath<br>vs.<br>DFW Intl Airport Board | CIVIL JURY TRIAL | Counsel of record |
| | | Court hears argument on Motions in Limine # 16 & 17 | |
| | | 4th day of trial | |
| 8:30 a.m. | | Trial testimony begins | |
| 10:05 a.m. | | Break | |
| 10:25 a.m. | | Trial testimony continues | |
| 11:30 a.m. | | Lunch | |
| 1:30 p.m. | | Trial testimony continues | |
| 2:15 p.m. | | Break | |
| 2:30 p.m. | | Trial testimony continues | |
| 4:00 p.m. | | Adjourned until Tuesday, July 11, 2006, at 8:30 a.m. | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 10 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy